O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | SA 09-357M |
| v. | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | (18 U.S.C. § 3142(i)) |
| DIEGO CAMACHO BASURTO, | ) | |
| Defendant. | ) | |

I.

A.  ( ) On motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

        (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

B.  On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

    1. ( X ) serious risk defendant will flee;

    2. ( ) serious risk defendant will

        a. ( ) obstruct or attempt to obstruct justice;

        b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

1 |                                II.

2 | The Court finds no condition or combination of conditions will reasonable assure:

3 | A. ( X )   appearance of defendant as required; and/or

4 | B. ( ) safety of any person or the community;

5 |                                III.

6 | The Court has considered:

7 | A. ( x ) the nature and circumstances of the offense;

8 | B. (x) the weight of evidence against the defendant;

9 | C. (x) the history and characteristics of the defendant;

10 | D. ( ) the nature and seriousness of the danger to any person or to the community.

11 |                                IV.

12 | The Court concludes:

13 | A. ( ) Defendant poses a risk to the safety of other persons or the community because:

14 |

15 | B. (x )   History and characteristics indicate a serious risk that defendant will flee because:

16 | **Defendant is undocumented.  He has no ties to the community and no bail**

17 | **resources.**

18 |

19 | C. ( ) A serious risk exists that defendant will:

20 | 1. ( )   obstruct or attempt to obstruct justice;

21 | 2. ( )   threaten, injure or intimidate a witness/ juror; because:

22 |

23 | D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24 | provided in 18 U.S.C. § 3142 (e).

25 | ///

26 | ///

27 | ///

28 | ///

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                              - 2 -                              Page 2 of 3

1   IT IS ORDERED that defendant be detained prior to trial.

2   IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3   facility separate from persons awaiting or serving sentences or person held pending appeal.

4   IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5   consultation with his counsel.

8   Dated: August 3, 2009

MARC L. GOLDMAN
Marc L. Goldman
U.S. Magistrate Judge

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                              - 3 -                                Page 3 of 3